FILED
CLERK, U.S. DISTRICT COURT
4/22/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VAM\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>JESUS ERIK PULIDO,<br><br>              Defendant. | CR  2:22-cr-00163-FLA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2117: Breaking and Entering Into Carrier Facilities] |

     The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2117]

     On or about January 7, 2022, in Los Angeles County, within the Central District of California, defendant JESUS ERIK PULIDO, knowingly and with the intent to commit larceny, broke the seal and lock of freight container number DTTX 681142, a part of Train Number S-LPCSCO1-04L of Burlington Northern Santa Fe Railway, containing an interstate shipment of freight, express, and other property.

COUNT TWO

[18 U.S.C. §§ 2117, 2(a)]

On or about January 9, 2022, in Los Angeles County, within the Central District of California, defendant JESUS ERIK PULIDO, and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with the intent to commit larceny, entered freight container number UESU471374, a part of Train Number S-LBTLPC1-09K of Burlington Northern Santa Fe Railway, containing an interstate shipment of freight, express, and other property.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

LYNDA LAO
Assistant United States Attorney
General Crimes Section